UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN GUILFOYLE,<br><br>     Plaintiff,<br><br>  v.<br><br>DOLLAR TREE STORES, INC.,<br><br>     Defendant. | No. 2:12-cv-00703-GEB-CKD<br><br><br>**ORDER** |

The parties have jointly requested, inter alia, that this case be scheduled for a settlement conference. See ECF No. 70. In accordance with this portion of their request concerning having this case scheduled for a settlement conference, the parties are hereby authorized to contact the courtroom deputy assigned to a magistrate judge for the purpose of attempting to schedule a settlement conference at a mutually convenient date and time.

Dated: November 21, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1