UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN GUILFOYLE, | No. 2:12-cv-00703-GEB-CKD |
|     Plaintiff, | |
|   v. | **ORDER** |
| DOLLAR TREE STORES, INC., | |
|     Defendant. | |

        The parties have jointly requested, inter alia, that this case be scheduled for a settlement conference. See ECF No. 70. In accordance with this portion of their request concerning having this case scheduled for a settlement conference, the parties are hereby authorized to contact the courtroom deputy assigned to a magistrate judge for the purpose of attempting to schedule a settlement conference at a mutually convenient date and time.

        Dated: November 21, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1